IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| In the matter of the arbitration between | * |
| | |
| LAVERNE JONES, | * |
| 613 Battery Avenue | |
| Suffolk, Virginia 23434 | * |
| | |
| and | * |
| | |
| STACEY NESS, | * |
| 6505 Fliker Tail Drive | |
| Bismark, North Dakota 58503, | * |
| | |
| and | * |
| KERRY NESS | |
| 7400 Milkyway Road | * |
| Bismark, North Dakota 58503 | |
| | * |
| *Claimants and Certified Class Representatives* | |
| *before the American Arbitration Association,* | * |
| *Individually and on behalf of a Certified Class,* | |
| | * |
| and | |
| | * |
| GENUS CREDIT MANAGEMENT | |
| CORPORATION n/k/a NATIONAL CREDIT | * |
| COUNSELING SERVICES, INC., | |
| 2101 Park Center Drive, Suite 320 | * |
| Orlando, Florida 32835 | |
| | * |
| and | |
| | * |
| INCHARGE INSTITUTE OF AMERICA, | |
| INC., | * |
| 2101 Park Center Drive, Suite 320 | |
| Orlando, Florida 32835 | * |
| | |
| and | * |
| | |
| AMERIX CORPORATION, | * |
| 8930 Stanford Boulevard | |
| Columbia, Maryland 21045 | * |
| | |
| and | |



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 AUG -8 P 3: 42

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

JFM 11 CV 2192

Civil Action No.:

1

3C INCORPORATED, *
8930 Stanford Boulevard
Columbia, Maryland 21045 *

*
and
*
CAREONE SERVICES, INC. f/k/a
FREEDOMPOINT CORPORATION, *
8930 Stanford Boulevard
Columbia, Maryland 21045 *

and *

*
FREEDOMPOINT FINANCIAL
CORPORATION, *
8930 Stanford Boulevard
Columbia, Maryland 21045 *

and *

*
ASCEND ONE CORPORATION,
8930 Stanford Boulevard *
Columbia, Maryland 21045
*
and
*
BERNALDO DANCEL,
8930 Stanford Boulevard *
Columbia, Maryland 21045,
*
*Respondents before*
*the American Arbitration Association* *

*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT APPLICATION TO CONFIRM ARBITRATION AWARD

Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.* (the "FAA"), Genus Credit Management Corporation n/k/a National Credit Counseling Services, Inc. ("Genus"), InCharge Institute of America, Inc. ("InCharge"), Laverne Jones ("Jones") and Stacey and Kerry Ness (the

2